# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| MAJID SAMIEI-MORAD,<br><br>           Plaintiff,<br><br>v.<br><br>METROPOLITAN HOSPICE, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:10-cv-03931-CAP<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Majid Samiei-Morad, and Defendant Metropolitan Hospice, Inc., by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to dismissal of the above-styled lawsuit with prejudice, with all rights of appeal waived. Each party shall bear his or its own attorneys' fees and costs arising from and relating to this lawsuit, except as set forth in the Confidential Settlement and Complete Waiver/Release Agreement ("Agreement") entered into by the parties. Plaintiff represents that as a result of the Agreement he has received all amounts he could possibly have recovered in this lawsuit. The parties further stipulate that no party

is the prevailing party in this action.

Respectfully submitted this 10th day of May 2011.

| COUNSEL FOR PLAINTIFF<br>MAJID SAMIEI-MORAD | COUNSEL FOR DEFENDANT<br>METROPOLITAN HOSPICE, INC. |
|---|---|
| /s/ Justin M. Ross | /s/ *Stacy Rushing* |
| Jennifer M. Bermel, | Erik S. Rodriguez |
| Georgia Bar No. 794231 | Georgia Bar No. 611411 |
| Justin M. Ross | Stacy L. Rushing |
| *Admitted Pro Hac Vice* | Georgia Bar No. 557370 |
| MORGAN & MORGAN, PA | SEYFARTH SHAW LLP |
| 2600 One Commerce Square | 1075 Peachtree Street, Suite 2400 |
| Memphis, Tennessee  38103 | Atlanta, Georgia 30309-3962 |
| (901) 217-7000 (Telephone) | (404) 885-1500 (Telephone) |
| (901)333-1897 (Facsimile) | (404) 892-7056 (Facsimile) |